UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHARLES GEORGE and LEELAWATTIE
SINGH, *pro se*,

                       Plaintiffs,

-against-

PARK SHORE HEALTHCARE, LLC d/b/a
FOUR SEASONS NURSING &
REHABILITATION CENTER, LAW CLERK
MS. ODOBI, JANE AND JOHN DOE,

                       Defendants.
------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 06 2013 ★
BROOKLYN OFFICE

**MEMORANDUM AND ORDER**
13-CV-680 (DLI) (LB)

**DORA L. IRIZARRY, U.S. District Judge:**

On February 6, 2013, plaintiffs Charles George and Leelawattie Singh ("Plaintiffs"), proceeding *pro se*, filed a complaint along with an order to show cause for a preliminary injunction and a temporary restraining order seeking relief with respect to an action currently pending in the Supreme Court of the State of New York, County of Queens.

Because Plaintiffs have neither demonstrated a likelihood of success on the merits nor made a showing of irreparable harm, Plaintiffs' request for a preliminary injunction and temporary restraining order is denied. The Court will continue to review Plaintiffs' underlying complaint.

SO ORDERED.

Dated: Brooklyn, New York
        February 6, 2013

                                                     DORA L. IRIZARRY
                                                     United States District Judge

